```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    : Docket #1:23-cr-00090-AKH
      -against-                     :   ORDER
                                    :
Shangzhen Wu                        :
                                    :
         Defendant                  :
                                    :
------------------------------------X
```

Alvin K. Hellerstein, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed.

    Dated: New York, New York
          July __24__, 2023

                                      SO ORDERED:

                                      /s/ Alvin Hellerstein
                                    _____
                                    Alvin K. Hellerstein
                                    United States District Judge