**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO                                                   35-07 90ᵀᴴ STREET
MINA KENNEDY                                                  JACKSON HEIGHTS, NEW YORK 11372
GILLIAN M. FEEHAN*                                              (718) 898-4900 • FAX (718) 898-0093
*ADMITTED IN NJ AND PENDING ADMISSION IN NY                     PLEASE DO NOT REPLY TO THIS OFFICE

July 19, 2024

**VIA ECF**
The Honorable Alvin K. Hellerstein
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[handwritten: Denied, w/out prejudice to renewal providing the purpose of the modification requested. 7.22.24  A.K. Hellerstein]*

Re:   *United States v. Shangzhen Wu*
      **23 Cr. 90 (AKH)**

Dear Judge Hellerstein:

Please recall that I represent Mr. Shangzhen Wu in his defense of the above-referenced matter. Mr. Wu is next scheduled to appear before Your Honor on September 24, 2024, at 11:00 a.m. For the reasons that follow, I write to respectfully request that Your Honor grant a modification of Mr. Wu's bond conditions to remove the condition of home detention and impose the condition of a curfew from 7:00 p.m. until 7:00 a.m., with continued location monitoring. United States Pretrial Services Officer Stephen Griggs, who supervises Mr. Wu in the District of New Jersey, confirmed that he has remained in compliance with all terms of his release to date, and Pretrial Services Officer Courtney DeFeo advised that Pretrial Services for the Southern District of New York does not object to the requested modification.

On March 2, 2023, Mr. Wu was arraigned before United States Magistrate Judge Gabriel W. Gorenstein. Judge Gorenstein set conditions of release on a $50,000.00 personal recognizance bond to be co-signed by two financially responsible persons and secured by $5,000.00 cash. Judge Gorenstein also set the following conditions of release: supervision by Pretrial Services as directed; surrender all travel documents and no new applications for travel documents; travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey; home incarceration; location monitoring as directed by Pretrial Services; and no contact with witnesses or alleged victims. Judge Gorenstein further ordered that Mr. Wu cannot possess the identifying information of others or open any new bank accounts, and if Mr. Wu is released, he is to reside at his residence in Jersey City, New Jersey. Mr. Wu met his bond conditions and was released from custody on June 9, 2023. On September 12, 2023, Your Honor granted the defense's requested modification of Mr. Wu's bond conditions, removing the condition of home incarceration and imposing the condition of home detention.

**Cohen, Frankel & Ruggiero, LLP**
The Honorable Alvin K. Hellerstein
July 19, 2024
Page 2 of 2

If granted the requested modification from home detention to a curfew, Mr. Wu would be permitted to leave his home between the hours of 7:00 a.m. and 7:00 p.m. All other conditions of Mr. Wu's release, including location monitoring, are to remain in place.

Thank you for your consideration of this request.

Respectfully submitted,

Mark I. Cohen

MIC/gmf

Cc:    A.U.S.A. Jerry Fang (via ECF)
       A.U.S.A. Henry Ross (via ECF)
       Mr. Shangzhen Wu (via email)